UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**
May 08, 2018
David J. Bradley, Clerk

| | | |
|---|---|---|
| The United States of America, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | Criminal H-18-171 |
| | § | |
| Yasser Saleh Ouwad, *et al.* | § | |
| | § | |
| Defendants. | § | |

## Order Setting Hearing

A hearing will be held before Judge Lynn N. Hughes on

May 9, 2018,
at 10:30 a.m.
Courtroom 11-C, Eleventh Floor
United States Court House
515 Rusk Avenue
Houston, Texas 77002.

Signed on May 8, 2018, at Houston, Texas.

Lynn N. Hughes
United States District Judge